Charles H. Johnson, appellee, v. Chicago Railways Company, appellant. Gen. No. 23,927.

Action to recover for injuries sustained by a motorcycle driver struck by car on passing around rear of standing car on direction of employees in charge of latter. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Richard S. Tuthill, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of fact. Opinion filed October 15, 1918. Rehearing denied November 14, 1918.
Frank L. Kriete and William H. Symmes, for appellant; John R.

Guilliams and Charles L. Mahoney, of counsel. Frederick Arnd, for appellee.

Mr. Justice Matchett delivered the opinion of the court.